### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL GWYNN,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| v. | : | No. 22-4536 |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

This 4th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (ECF 19) is **GRANTED**, and Plaintiff's claims are **DISMISSED**. The Clerk is requested to mark this case closed.

/s/ Gerald Austin McHugh
United States District Judge